United States District Court
Southern District of Texas
**ENTERED**
~~March 30~~, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-cv-0036 |
|---|---|---|---|

| TransCanada Keystone Pipeline, LP and TC Oil Pipeline Operations, Inc. |
|---|
| *versus* |
| John F. Kerry, Loretta E. Lynch, Jeh Charles Johnson, and Sally Jewell |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jaclyn H. Prange<br>Natural Resources Defense Council<br>111 Sutter St. 21st Floor<br>San Francisco, CA 94104<br>425-875-6100; jprange@nrdc.org<br>Licensed: CA 270929 |
|---|---|

United States District Court
Southern District of Texas
FILED
MAR 29 2016
David J. Bradley, Clerk of Court

| Name of party applicant seeks to appear for: | Natural Resources Defense Council et al. (amicus) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/25/2016 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 3/30/16   Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 30, 2016

_____
United States District Judge