IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRANSCANADA KEYSTONE XL PIPELINE, LP and TC OIL PIPELINE OPERATIONS INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN F. KERRY, Secretary of the Department of State; LORETTA E. LYNCH, Attorney General of the United States; JEH CHARLES JOHNSON, Secretary of the Department of Homeland Security; and SALLY JEWELL, Secretary of the Department of the Interior, <br>                          *Defendants*. | No. 4:16-cv-00036 |

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants hereby move to dismiss this action for failure to state a claim upon which relief can be granted. In the alternative, defendants move pursuant to Fed. R. Civ. P. 56(a) for summary judgment. The grounds for defendants' motion are set forth in the attached supporting memorandum.

Dated:  April 1, 2016

Respectfully submitted

BENJAMIN MIZER
Principal Deputy Assistant Attorney General

KENNETH MAGIDSON
United States Attorney

JOSEPH H. HUNT
Branch Director
Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

/s/ *Jean Lin*
JEAN LIN, Attorney in Charge
NY Bar No. 4074530, admitted *pro hac vice*
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Federal Programs Branch
20 Mass. Ave., N.W.
Washington, DC 20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jean Lin*
JEAN LIN